UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BRADLEY,

Plaintiff

v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.*,

Defendants

Case No. 3:19-cv-00605-MMD-CBC

ORDER

## I.    DISCUSSION

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has filed a document titled "Notice of Intent Civil Rights Complaint 42 U.S.C. § 1983." (ECF No. 1-1). <u>Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* in this matter</u>.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  <u>Plaintiff is advised that this case will not be placed in line for screening until the complaint is filed and he either pays the filing fee or files a complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.</u>

/ / /

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments of an inmate account statement for the past six months and a properly executed financial certificate in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court will also send Plaintiff a copy of his document titled Notice of Intent Civil Rights Complaint 42 U.S.C. § 1983. (ECF No. 1-1).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this  7th day of October, 2019.


UNITED STATES MAGISTRATE JUDGE

- 2 -